```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

**HOWARD JACKSON,**

    **Plaintiff,**

**v.**                                                                 **CIVIL ACTION NO. 1:19-00149**

**WARDEN, FCI McDowell,**

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiff's motion asking the court to stay his deadline for filing a response to the Proposed Findings and Recommendation, entered on April 24, 2020. ECF No. 21. According to plaintiff, his need for additional time is because of a lockdown implemented at his facility due to the COVID-19 pandemic. The deadline for filing objections passed more than three months ago. The court cannot let this case drag on indefinitely. Accordingly, plaintiff's motion is **GRANTED** insofar as he requests additional time to file his objections and his objections are due on or before **September 16, 2020.** To the extent that plaintiff requests an indefinite stay, his motion is **DENIED.**

The Clerk is directed to send copies of this Order to counsel of record and to plaintiff, pro se.

IT IS SO ORDERED this 19th day of August, 2020.

                                                         ENTER: _David A. Faber_____

                                                                    David A. Faber
                                                                    Senior United States District Judge